1  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
2  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
4  San Diego, California  92130-2040
   Telephone: 858.720.5100
5  Facsimile: 858.720.5125

6  Attorneys for Defendant
   MCKESSON CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | NORMA STUART, an individual, | Case No. 8:16-cv-01988-R-AS |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** |
| 13 | v. | |
| 14 | MCKESSON CORPORATION, a corporation; and BRISTOL-MYERS SQUIBB, a corporation; and PFIZER INC., a corporation; and DOES 1 through100, Inclusive, | |
| 15 | | Date:     Dec. 19, 2016 |
| 16 | | Time:    10:00 A.M. |
| 17 | Defendants. | Judge:   Hon. Manuel L. Real |
| | | Crtrm:   8 |

# NOTICE OF MOTION AND MOTION

TO PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on December 19, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, Western Division, located at 312 North Spring St., Los Angeles, CA 90012, before the Honorable Manuel L. Real, Defendant McKesson Corporation ("McKesson") will move, and hereby does move, for an Order dismissing Plaintiff Norma Stuart's Complaint in its entirety as related to McKesson.  This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff has failed to state a claim upon which relief can be granted, Plaintiff's claims are preempted by federal law, and Plaintiff's Complaint fails to plead allegations of fraud with particularity as required by Federal Rule of Civil Procedure 9(b).

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 17, 2016.

Dated:  November 17, 2016         MORRISON & FOERSTER LLP


                                  By: /s/Erin M. Bosman
                                      Erin M. Bosman

                                  Attorneys for Defendant
                                  MCKESSON CORPORATION